

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Surrie Fenlaw, Appellant

No. 06-21-00004-CV          v.

Harmony Independent School District, et al., Appellees

Appeal from the 115th District Court of Upshur County, Texas (Tr. Ct. No. 09-25TX).  Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution.  Therefore, we dismiss the appeal.

We further order that the appellant, Surrie Fenlaw, pay all costs incurred by reason of this appeal.

RENDERED JULY 13, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk